■ JAMES OLMEDO, Appellant, v. STANDARD TANK CLEANING CORPORATION, Respondent.— In an action by an employee to recover a share of profits allegedly due under a contract of employment, the appeal is from a judgment dismissing the complaint after trial before an Official Referee, to whom the action had been referred to hear and determine. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

■ STANDARD TANK CLEANING CORPORATION, Respondent, v. JAMES OLMEDO et al., Appellants.— In an action to impress a trust to the extent of 50% on a certain vessel and on the business in which it is engaged, to compel an accounting and for other relief, the appeal is from an interlocutory judgment in favor of respondent, entered after trial before an Official Referee, to whom the action had been referred to hear and determine. Judgment unanimously affirmed, without costs. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Kleinfeld, JJ.

## (March 11, 1957)

■ JOSEPHINE H. BAKER, Respondent, v. ESTELLA MOORE, Appellant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ GERALD FIELDS, Appellant, v. LINCOLN FABRICS CO. INC., Respondent. — Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Construction of the Will of JULIUS GOLDSTEIN, Deceased. LORE S. RAUBVOGEL et al., Appellants; NATHAN M. EISENBERG et al., Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Kleinfeld, JJ. [See ante, p. 16.]

■ ANTHONY MASTRIANO, Appellant, v. NEW YORK DOCK COMPANY et al., Respondents, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See ante, p. 670.]

■ FRANKLIN SCOTT, Respondent, v. CITY OF NEW YORK, Appellant.— Motion for leave to appeal to the Court of Appeals granted. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See 2 A D 2d 854.]

■ ARTHUR SODERMAN, Respondent, v. STONE BAR ASSOCIATES, INC., Appellant-Respondent, and McHARMA CONSTRUCTION COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ. [See ante, p. 680.]